BARBARA EZIKOVICH *v.* CAREN LINDEN ET AL.

The defendants Caren Linden and Robert Linden's petition for certification for appeal from the Appellate Court, 30 Conn. App. 1 (AC 10923), is denied.

*Theodore A. Harris,* in support of the petition.

*Karen L. Murdoch,* in opposition.

Decided March 11, 1993

CARABETTA BUILDERS, INC. *v.* HOTZ CORPORATION

HOTZ CORPORATION *v.* CARABETTA BUILDERS, INC.

The petition of Carabetta Builders, Inc., for certification for appeal from the Appellate Court, 30 Conn. App. 157 (AC 11163), is denied.

*Thomas E. Katon,* in support of the petition.

*Thomas G. Librizzi* and *Linda J. Cannata,* in opposition.

Decided March 11, 1993

STATE OF CONNECTICUT *v.* JULIO RIVERA

The defendant's petition for certification for appeal from the Appellate Court, 30 Conn. App. 224 (AC 10362), is denied.

*Susan Brown,* assistant public defender, in support of the petition.

*Carolyn K. Longstreth,* assistant state's attorney, in opposition.

Decided March 11, 1993